B1 (Official Form 1) (04/13)

| UNITED STATES BANKRUPTCY COURT<br>District of Delaware | VOLUNTARY PETITION |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>Ferrous Miner Holdings, Ltd. | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all):   3268 | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all): |
| Street Address of Debtor (No. and Street, City, and State):<br>10 Merrymount Road<br>Quincy, MA<br>ZIP CODE 02467 | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP CODE |
| County of Residence or of the Principal Place of Business:<br>Norfolk | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP CODE | Mailing Address of Joint Debtor (if different from street address):<br>ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>ZIP CODE | |

| Type of Debtor<br>(Form of Organization)<br>(Check one box.) | Nature of Business<br>(Check one box.) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box.) |
|---|---|---|
| ☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☑ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☑ Other | ☐ Chapter 7        ☐ Chapter 15 Petition for<br>☐ Chapter 9            Recognition of a Foreign<br>☑ Chapter 11          Main Proceeding<br>☐ Chapter 12       ☐ Chapter 15 Petition for<br>☐ Chapter 13          Recognition of a Foreign<br>                              Nonmain Proceeding |

| Chapter 15 Debtors | Tax-Exempt Entity<br>(Check box, if applicable.) | Nature of Debts<br>(Check one box.) |
|---|---|---|
| Country of debtor's center of main interests:<br><br>Each country in which a foreign proceeding by, regarding, or against debtor is pending: | ☐ Debtor is a tax-exempt organization under title 26 of the United States Code (the Internal Revenue Code). | ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."   ☑ Debts are primarily business debts. |

| Filing Fee (Check one box.) | Chapter 11 Debtors |
|---|---|
| ☑ Full Filing Fee attached.<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☑ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br><br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 (*amount subject to adjustment on 4/01/16 and every three years thereafter*).<br>-----------------------------------<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |

| Statistical/Administrative Information | THIS SPACE IS FOR COURT USE ONLY |
|---|---|
| ☑ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors. | |

Estimated Number of Creditors

| ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

| B1 (Official Form 1) (04/13) | | Page 2 |
|---|---|---|
| **Voluntary Petition**<br>*(This page must be completed and filed in every case.)* | **Name of Debtor(s):**<br>Ferrous Miner Holdings, Ltd. | |

| All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet.) | | |
|---|---|---|
| Location<br>Where Filed: | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet.) | | |
|---|---|---|
| Name of Debtor: | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A**<br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | **Exhibit B**<br>(To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b).<br><br>X _____<br>Signature of Attorney for Debtor(s)   (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☑ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D, completed and signed by the debtor, is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D, also completed and signed by the joint debtor, is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box.)

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1) (04/13)   Page 3

| Voluntary Petition<br>*(This page must be completed and filed in every case.)* | Name of Debtor(s):<br>Ferrous Miner Holdings, Ltd. |
|---|---|

**Signatures**

| Signature(s) of Debtor(s) (Individual/Joint) | Signature of a Foreign Representative |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct.<br>[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.<br>[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).<br><br>I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>X _____<br>    Signature of Debtor<br><br>X _____<br>    Signature of Joint Debtor<br><br>_____<br>Telephone Number (if not represented by attorney)<br><br>_____<br>Date | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.<br><br>(Check only one box.)<br><br>☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.<br><br>☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.<br><br>X _____<br>    (Signature of Foreign Representative)<br><br>_____<br>(Printed Name of Foreign Representative)<br><br>_____<br>Date |

| Signature of Attorney* | Signature of Non-Attorney Bankruptcy Petition Preparer |
|---|---|
| X   /s/ Michael J. Barrie<br>    Signature of Attorney for Debtor(s)<br>    Michael J. Barrie (DE No. 4684)<br>    Printed Name of Attorney for Debtor(s)<br>    Benesch, Friedlander, Coplan & Aronoff LLP<br>    Firm Name<br><br>    222 Delaware Avenue, Suite 801<br>    Wilmington, Delaware 19801<br>    Address<br>    (302) 442-7010<br>    Telephone Number<br>    10/14/2014<br>    Date<br><br>*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect. | I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.<br><br>_____<br>Printed Name and title, if any, of Bankruptcy Petition Preparer<br><br>_____<br>Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.) |

| Signature of Debtor (Corporation/Partnership) | |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.<br><br>The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>X _____<br>    Signature of Authorized Individual<br>    Frank T. Gangi<br>    Printed Name of Authorized Individual<br>    Sole Director<br>    Title of Authorized Individual<br>    10/14/2014<br>    Date | _____<br>Address<br><br>X _____<br>    Signature<br><br>_____<br>Date<br><br>Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.<br><br>Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.<br><br>If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.<br><br>*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.* |

## Written Consent of the Sole Shareholder of
## FERROUS MINER HOLDINGS, LTD.

The undersigned, being the sole shareholder of Ferrous Miner Holdings, Ltd. (the "Company"), does hereby adopt the following resolutions on behalf of the Company:

**WHEREAS,** it has been determined that it is in the best interest of the Company to establish a Board of Directors consisting of one member.

**NOW, THEREFORE, BE IT RESOLVED,** that a Board of Directors of the Company is hereby established;

**FURTHER RESOLVED,** that Frank T. Gangi is elected the sole member of Board of Directors of the Company; and

**FURTHER RESOLVED,** that Frank T. Gangi, as sole director, is authorized and empowered to take any and all actions legally permissible on behalf of the Company.

IN WITNESS THEREOF, these resolutions have been executed by the undersigned effective as of the 14th day of October, 2014.

_____
Frank T. Gangi
Sole Shareholder Ferrous Mine Holdings Ltd.

8320874 v1

## Written Consent of the Sole Director of
## FERROUS MINER HOLDINGS, LTD.

The undersigned, being the sole director of Ferrous Miner Holdings, Ltd. (the "Company"), does hereby adopt the following resolutions on behalf of the Company:

### Approval and Authorization of Filings under Chapter 11 of the Bankruptcy Code

**WHEREAS,** it has been determined that it is in the best interest of the Company, its creditors, and other parties in interest to file a voluntary petition for relief under Chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code").

**NOW, THEREFORE, BE IT RESOLVED,** that the Company is authorized to file a petition for relief under Chapter 11 of the Bankruptcy Code in any United States Bankruptcy Court in any jurisdiction where such a filing would be proper (the "Bankruptcy Court");

**FURTHER RESOLVED,** that Frank T. Gangi, sole director of the Company, is authorized and empowered to execute on behalf of the Company a petition for relief under Chapter 11, its forms, schedules, applications or any other pleadings or documents which are necessary or appropriate;

**FURTHER RESOLVED,** that the Company is authorized to retain on behalf of the Company the law firm of Benesch, Friedlander, Coplan & Aronoff as bankruptcy counsel upon such terms and conditions as he shall approve, to render legal services to and to represent, the Company in connection with such Chapter 11 proceeding and other related matters in connection therewith; and

**FURTHER RESOLVED,** that Frank T. Gangi is authorized and empowered to execute on behalf of the Company any written consents for the filing of a petition for relief under Chapter 11, including its forms, schedules, applications or any other pleadings or documents which are necessary or appropriate, on behalf of any wholly-owned subsidiaries of the Company.

### General Authority

**RESOLVED,** that any and all legally permissible actions heretofore taken by Frank T. Gangi in connection with the transactions or objectives approved in any or all of the foregoing resolutions, and all transactions related thereto, are hereby approved, ratified, and confirmed in all respects;

**FURTHER RESOLVED,** that Frank T. Gangi is hereby authorized and directed, in the Company's name and on its behalf, to take or cause to be taken any and all such legally permissible additional action or actions as may appear desirable or appropriate to carry out the purposes of the foregoing resolutions.

8320363 v1

IN WITNESS THEREOF, these resolutions have been executed by the undersigned effective as of the 14th day of October, 2014.

_____
Frank T. Gangi
Sole Director of Ferrous Miner Holdings, Ltd.

8320363 v1

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In re: )
)
)
) Chapter 11
FERROUS MINER HOLDINGS, LTD., )
) Case No. 14-_____ (___)
Debtor. )
)

## STATEMENT OF CORPORATE OWNERSHIP

The following is a list of corporations which own ten percent or more of Ferrous Miner Holdings, Ltd.'s stock. This list is prepared in accordance with Fed. R. Bankr. P. 1007(a)(1) and Fed. R. Bankr. P. 7007.1 for filing in this Chapter 11 case.

| Holder | Kind of Interest | Percentage of Ownership |
|---|---|---|
| None | N/A | N/A |

## DECLARATION UNDER PENALTY OF PERJURY

I, Frank T. Gangi, hereby declare under penalty of perjury that I have read the foregoing Statement of Corporate Ownership and that it is true and correct to the best of my knowledge, information, and belief.

FERROUS MINER HOLDINGS, LTD.

Dated: October 14, 2014          by: _____
                                      Frank T. Gangi
                                      Sole Director

8321446 v1

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | )|
|---|---|
| In re: | ) |
| | ) Chapter 11 |
| FERROUS MINER HOLDINGS, LTD., | ) |
| | ) Case No. 14-_____ (___) |
| Debtor. | ) |
| | ) |

## LIST OF CREDITORS
## HOLDING 20 LARGEST UNSECURED CLAIMS

The following is the list of creditors holding the 20 largest unsecured claims against the estate of the above-captioned debtor (the "Debtor"). The list is prepared in accordance with Rule 1007(d) of the Federal Rules of Bankruptcy Procedure for filing in this Chapter 11 case. The list does not include (1) persons who came within the definition of "insider" set forth in 11 U.S.C. § 101(31), or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. This list was compiled based on publicly-filed information by the Debtor's receiver, Carl F. Jenkins (the "Receiver"). The supporting documentation for this information, however, is in the Receiver's sole possession, custody, and control.

The information contained herein is subject to change and shall not constitute an admission of liability by, nor is it binding on, the Debtor. Moreover, nothing herein shall affect the Debtor's right to challenge the amount of characterization of any claim at a later date. The failure to list a claim as contingent, unliquidated, or disputed does not constitute a waiver of the Debtor's right to contest the validity, priority, and/or amount of any such claim.

| Name of creditor | Complete mailing address including zip code of creditor[1] | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, disputed or subject to setoff | Amount of Claim (if secured also state value security)[2] |
|---|---|---|---|---|
| Verizon New England Inc. | | Judgment | Disputed | $35,716,714.00 |
| Massachusetts Department of Revenue | | Taxes | Disputed | $7,615,568.64 |
| Windstream | | Trade debt | Disputed | $6,476,119.46 |
| Southern New England Telephone Company | | Judgment | Disputed | $5,200,000.00 |

---

[1] The Debtor does not have access to the mailing addresses for any creditor. This information was provided by creditors to the Receiver and remains in the Receiver's sole possession, custody, and control.

[2] The Debtor cannot verify the accuracy or validity of these amounts as the supporting information remains in the Receiver's sole possession, custody, and control.

8321528 v1

| Name of creditor | Complete mailing address including zip code of creditor[1] | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, disputed or subject to setoff | Amount of Claim (if secured also state value security)[2] |
|---|---|---|---|---|
| National Railroad Passenger Corporation (Amtrak) | | Trade debt | Disputed | $4,957,759.82 |
| Level 3 Communications, LLC | | Trade debt | Disputed | $3,199,184.00 |
| RCN Telecom Services, LLC | | Trade debt | Disputed | $2,656,316.64 |
| Cyberdyne Innovations, LLC | | Trade debt | Disputed | $2,300,000.00 |
| Universal Service Administrative Company | | Trade debt | Disputed | $1,608,597.79 |
| Sprint | | Trade debt | Disputed | $1,365,177.23 |
| Ironton Telephone Company | | Trade debt | Disputed | $1,239,922.96 |
| Sidera Networks, LLC | | Trade debt | Disputed | $1,054,317.26 |
| NSTAR Communications, Inc. | | Trade debt | Disputed | $993,769.15 |
| Core Communications, Inc. | | Trade debt | Disputed | $958,819.21 |
| Service Electric Telephone Company | | Trade debt | Disputed | $907,636.01 |
| Xchange Telecom Corp. | | Trade debt | Disputed | $746,621.32 |
| Westelcom Network, Inc. | | Trade debt | Disputed | $644,408.50 |
| FPL Fibernet, LLC | | Trade debt | Disputed | $629,072.43 |
| NeonOptica Inc. | | Trade debt | Disputed | $499,532.58 |
| Armstrong Telephone Company (MD) | | Trade debt | Disputed | $473,704.78 |

## DECLARATION UNDER PENALTY OF PERJURY

I, Frank T. Gangi, hereby declare under penalty of perjury that I have read the foregoing List of Creditors Holding 20 Largest Unsecured Claims and state that it is based on publicly-filed information by the Debtor's Receiver, and that, based on my review of such publicly-filed information, it is true and correct to the best of my knowledge, information, and belief.

FERROUS MINER HOLDINGS, LTD.

Dated: October 14, 2014

by: _____
Frank T. Gangi
Sole Director

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In re:                                      )
                                            )
                                            ) Chapter 11
FERROUS MINER HOLDINGS, LTD.,               )
                                            ) Case No. 14-_____ (___)
           Debtor.                          )
                                            )

## DECLARATION UNDER
## PENALTY OF PERJURY REGARDING LIST OF CREDITORS

I, Frank T. Gangi, hereby declare under penalty of perjury that I have read the following List of Creditors and that it is true and correct to the best of my knowledge, information, and belief. The complete list of creditors is in the sole possession, custody and control of the Debtor's receiver, Carl F. Jenkins (the "Receiver"). The Debtor will supplement this list upon the Receiver providing the information to the Debtor. Inclusion of any entity on the List of Creditors does not and should not constitute: (1) a waiver of any defense; (2) an acknowledgement of the allowability of any claim; and/or (3) a waiver of any other right, remedy, or legal position of the Debtor.

FERROUS MINER HOLDINGS, LTD.

Dated: October 14, 2014                by: /s/ Frank T. Gangi
                                           Frank T. Gangi
                                           Sole Director

8321539 v1

## LIST OF CREDITORS

Carl F. Jenkins, Receiver
c/o Donald H. C. Libbey
P.O. Box 920612
Needham, MA 02492
Telephone: (781) 444-0044
Facsimile: (781) 444-0944
Email: dhclibbey@lawboston.com

8321539 v1

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) )  ) Chapter 11 |
| FERROUS MINER HOLDINGS, LTD., | ) ) Case No. 14-_____ (___) |
| Debtor. | ) ) |

## DECLARATION UNDER PENALTY OF PERJURY REGARDING LIST OF EQUITY SECURITY HOLDERS

I, Frank T. Gangi, hereby declare under penalty of perjury that I have read the below List of Equity Security Holders in the Debtor and that it is true and correct to the best of my knowledge, information, and belief.

Dated: October 14, 2014

FERROUS MINER HOLDINGS, LTD.

by: /s/ Frank T. Gangi
Frank T. Gangi
Sole Director

List of Equity Security Holders

Frank T. Gangi, 100%

8321542 v1