# EXHIBIT A

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | ) | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| FERROUS MINER HOLDINGS, LTD., | ) | Case No. 14-12343 (BLS) |
| | ) | |
| Alleged Debtor. | ) | |
| | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| GLOBAL NAPS, INC., | ) | Case No. 14-12344 (BLS) |
| | ) | |
| Alleged Debtor. | ) | |

**ORDER GRANTING MOTION OF CARL F. JENKINS, AS
COURT-APPOINTED RECEIVER, TO DISMISS CHAPTER 11
BANKRUPTCY CASES PURSUANT TO 11 U.S.C. § 305**

This matter having come before the Court on the *Motion of Carl F. Jenkins, as Court-Appointed Receiver, to Dismiss Chapter 11 Bankruptcy Cases Pursuant to 11 U.S.C. § 305* (the "**Motion**"), filed in the above-captioned cases; the Court finding that (a) it has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334, and (b) this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(A); the Court having determined that good and adequate cause exists for granting the Motion; and the Court having determined that no further notice of the Motion must be given;:

**IT IS HEREBY ORDERED** that the Motion is GRANTED;

**IT IS FURTHER ORDERED** that the above captioned cases are hereby dismissed pursuant to 11 U.S.C. § 305(a);

#30819831 V6

21

**IT IS FURTHER ORDERED** that the Clerk of the Court is directed as soon as practicable to close these cases and enter an appropriate entry on their respective dockets;

**IT IS FURTHER ORDERED** that the Receiver is excused from compliance with 11 U.S.C. § 543;

**IT IS FURTHER ORDERED** that the Receiver shall within one business day file a copy of this Order with United States District Court for the District of Massachusetts in the case styled *Global NAPs v. Verizon New England, Inc.*, Civil Action Nos. 02-12489 (RWZ) and 05-10079 (RWZ);

**IT IS FURTHER ORDERED** that this Court retains jurisdiction over all matters arising from and/or related to the interpretation or implementation of the terms of this Order, and retains jurisdiction to impose such sanctions as may be appropriate related to the filing of the petitions commencing these cases.

Dated: _____  _____
THE HONORABLE BRENDAN L. SHANNON
UNITED STATES BANKRUPTCY JUDGE