**Exhibit E**

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---

**GLOBAL NAPS, INC.,**

      **Plaintiff,**

    **v.**

**VERIZON NEW ENGLAND INC., d/b/a VERIZON MASSACHUSETTS,**

      **Defendant,**

    **v.**

**GLOBAL NAPS NEW HAMPSHIRE, INC., GLOBAL NAPS NETWORKS, INC., GLOBAL NAPS REALTY, INC., FERROUS MINER HOLDINGS, LTD., and FRANK GANGI,**

      **Counterclaim Defendants.**

**Civil Action No. 02-12489 - RWZ**
**Civil Action No. 05-10079 - RWZ**

---

### FRANK GANGI'S OBJECTION TO PROPOSED PRIVATE SALE OF 1003 DONNELLY AVENUE PROPOERTY

In accordance with the terms of the notice of intended private sale (Dkt. # 1180), Frank Gangi submits this objection to the proposed sale of 1003 Donnelly Avenue, Atlanta, GA for a price of $600,000.

The proposed sale should be rejected because the price is far too low. Tarkenton Thompson of Transwestern Real Estate http://www.transwestern.net/Pages/default.aspx appraised the property in 2006. It was his opinion that the building was worth $100 to $150 per square foot. In 2010, SNET submitted that appraisal to the court in *The Southern New England Telephone Company v. 1003 Donnelly Avenue, Inc. et al.,* Case No. 1:08-cv-03816-CC (N.D.

Ga.) and the court relied on it in making its decision in that case. A copy of the appraisal is included as an attachment to this objection.

The receiver proposes to sell the building for approximately $20 per square foot, *80-87% less than its 2006 appraised value*. The receiver's proposed sale price is less than the land alone would cost, and less than it would cost to construct a similar building.

1003 Donnelly Avenue is located in an area of Atlanta that is home to a number of telecommunications companies. The lot features a 30,000 square foot building suitable for housing telecommunications and computer equipment. The property was purchased approximately 15 years ago for $800,000 ($26 per square foot). It has been improved with a new roof at a cost of $200,000, a $250,000 generator and approximately $200,000 in other improvements.

If the receiver is unable to get something at least approaching fair value for 1003 Donnelly Avenue, it is due to his own negligence. Frank Gangi and others formerly employed by Global NAPs repeatedly warned the receiver that he needed to properly maintain the property, including by consistently running the dehumidifiers and trimming the kudzu, but the receiver did not listen and did nothing to maintain the property. Now, Mr. Gangi is advised that the building may be infested with black mold. If that is the case, the receiver should be charged for the diminishment in value or required to remediate the problem at his own expense before offering it for sale.

Dated: October 10, 2014

        Respectfully submitted,

        Frank Gangi

        By: /s/ Eric Osterberg
        Eric C. Osterberg (BBO#624944)
        Osterberg LLC
        50 Milk Street, 17th Floor
        Boston, MA 02109
        Telephone: 617-294-6452
        eosterberg@osterbergllc.com

**CERTIFICATE OF SERVICE**

I certify that on October 10, 2014, this document filed through the CM/ECF system was sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies were sent to those indicated as non registered participants.

/s/ Eric Osterberg
Eric C. Osterberg

4

# EXHIBIT 2

# Opinion of Value, 1003 Donnelly Avenue, Atlanta (SNET-GA00084-92)

Case 1:02-cv-01911-CAP Document 56-1 Filed 10/14/2004 Page 1 of 10

PageAmt: 8
Folder: CD 01\PRODUCTION\DEFS_SUPP_CT000165
DocDate: 10/13/2006
DocTitle: Fw_ Opinion of Value_1003 Donnelly Avenue, Atlanta.msg
DocType: MSG File
Author: Sam Zarzour
Recipient: Ann Hartman
Copied:
Source: Fw_ Opinion of Value_1003 Donnelly Avenue, Atlanta.msg
Attachments:
Other Properties: File Attribute: Archive;FSODateLastModified: 12/18/2007 7:20:04 PM;FSOSize: 121344;FSODocType: Outlook Item;SentTime: 10/13/2006 3:34:10 PM;ReceivedTime: 10/13/2006 3:34:20 PM;ReplyTo: ;LastModificationTime: 12/18/2007 7:20:05 PM;Importance: Normal;ReadStatus: Read;FlagDueBy: ;FlagRequest: ;SensitivityFlag: Normal;SenderEmailAddress: szarzour@gnaps.com;MessageClass: IPM.Note;MessageID : <001101c6ef06$f04a4800$0206100a@yourzb0rms9usb>;ConversationID: 01C6EF06F5D7DD779DF021154B5D8B3882BCB4D24ABA;ConversationTopic: Opinion of Value/1003 Donnelly Avenue, Atlanta;HashCode: 0AB94C83277B79A08829A43BC3A3E6F4;SHA256HashCode: 38929A0102C86335D49F8EF3F7BCACF838EB2804BED446CDBAC194E9E56BB0EC

| From: | Sam Zarzour [szarzour@gnaps.com] |
|---|---|
| Sent: | Friday, October 13, 2006 2:34 PM |
| To: | Ann Hartman |
| Subject: | Fw: Opinion of Value/1003 Donnelly Avenue, Atlanta |

fyi

----- Original Message -----
From: Tarkenton Thompson <mailto:Tarkenton.Thompson@transwestern.net>
To: Sam Zarzour <mailto:szarzour@gnaps.com>
Sent: Friday, October 13, 2006 4:27 PM
Subject: Opinion of Value/1003 Donnelly Avenue, Atlanta

Sam,
Attached please find comps. on industrial buildings in the 30310 zipcode. As you can see industrial buildings in this area sell for approximately $20.00 to $25.00 PSF. I was unable to obtain comps. for data center buildings specifically, however based on my knowledge of the area it is my opinion that 1003 Donnelly Avenue could be sold to a data center user for approximately $100.00 to $150.00 PSF. Assuming infrastructure was still in place. (Generator, raised flooring, latter racking, etc.) Please call with any questions.
Tark

---

Quick Comp Report   <http://comps2.costar.com/images/Comps-4c.gif>
Search Criteria:Research Status: Published,Unpublished,Non-Arms Length; Market: Atlanta; ZipCode: 30310; PropType: IND; PropUse: I01; SaleDate: 10/1/2003-10/1/2006;
   Web Bug from
http://comps2.costar.com/images/trans.gif<http://www.mailscanner.info/images/1x1spacer.gif>    Comps No:    FNC-63380-04-0520
  1200 White St SW  Map:    885-B/3
  Atlanta, GA    30310    Zoning:        I1, Atlanta
Research Status:    Published    Exchange:    Tax Dfrrd
Year Built: 1965  Sale Date:  03/11/2005
Sale Price:  $7,800,000  Down Payment:    $2,045,516

        Cap Rate:    N/Av
SF:    284,000    Price/SF:    $27.46
Land SF:    659,934

Parcel:    14-0139-0000-016
Legal:    Land Lots 118 & 139, 14th District.
Buyer:       Seller:
Norsca 1200 White Street, LLC   WW White Street, LLC
200 S Ocean Blvd    950 Lowery Blvd
Palm Beach, FL    33480    Atlanta, GA    30318
(561) 833-4119    (404) 233-1411
Financing:
Commercial Finance Corp.    Bal:$5,754,484

<http://comps2.costar.com/images/reportimage.asp?Source1=PG8V6VSbSMon510r306RZ%2B%2B%7D%Source2=80&Source3=1>
 Former Atlanta Telecom Center Web Bug from
http://comps2.costar.com/images/trans.gif<http://www.mailscanner.info/images/1x1spacer.gif> Single Tenant Industrial Building  Comps No:
FNC-35527-03-0620
  929 Lee St SW    Map:
  Atlanta, GA    30310 -3200    Zoning:    I1, County

1

```
Research Status:    Published    Exchange:    No
Year Built: 1960    Sale Date:   02/15/2006
Sale Price: $3,975,000    Down Payment:    N/Av

            Cap Rate:   N/Av
SF:     253,535    Price/SF:   $15.68
Land SF:     643,207

Parcel:     14-0119-0000-016
Legal:      LL 106, 118, 119, 14th Dist.
Buyer:          Seller:
Lee Street, LLC     HRM Lee Street, LLC
85a Mill St Suite 100    1660 Mount Vernon Rd Suite 200
Roswell, GA    30075-4910        Atlanta, GA    30338-4206
(770) 518-1100        (678) 579-9139
Financing:
```

<http://comps2.costar.com/images/reportimage.asp?Source1=dXB7BAsdPmSPrqcYRwqfTso%3D&Source2=80&Source3=1>

Web Bug from
http://comps2.costar.com/images/trans.gif<http://www.mailscanner.info/images/1x1spacer.gif>

```
            Comps No:    FNC-13928-01-0620
1101 Donnelly Ave SW    Map:    885-A/3
Atlanta, GA    30310 -3225    Zoning:    I1, County
Research Status:    Published    Exchange:    N/Av
Year Built: 1973    Sale Date:   12/27/2005
Sale Price: $2,000,000    Down Payment:    N/Av

            Cap Rate:   N/Av
SF:     90,000    Price/SF:   $22.22
Land SF:     182,952

Parcel:     14-0118-0000-024
Legal:      LL 118 & 119, 14th Dist.
Buyer:          Seller:
The Trust for Public Land      Telcom Holdings LLC
1447 Peachtree St NE Suite 601     2561 Lake Oconee Pkwy
Atlanta, GA    30309-3017      Greensboro, GA    30642-3305
(404) 873-7306        (706) 453-9243
Financing:
```

<http://comps2.costar.com/images/reportimage.asp?Source1=Y%2FYjex2cIeBe1kuZj8hiIsF%3D&Source2=80&Source3=1>

Copyright© 1999-2002 CoStar Realty Information, Inc. All rights reserved. Information obtained from sources deemed reliable but not guaranteed. Phone: (800) 204-5960

Web Bug from
http://comps2.costar.com/images/trans.gif<http://www.mailscanner.info/images/1x1spacer.gif>

```
            Comps No:    FSC-21742-03-0420
933 Lee St SW    Map:    865-C/3
Atlanta, GA    30310 -3365    Zoning:    I1, Atlanta
Research Status:    Published    Exchange:    No
Year Built: 1960    Sale Date:   10/31/2003
Sale Price: $1,931,010    Down Payment:    $1,931,010

            Cap Rate:   N/Av
SF:     253,535    Price/SF:   $7.62
Land SF:     643,207

Parcel:     14-0119-0000-016
```

2

SNET—GA00086

```
Legal:      Land Lots 106, 118 & 119, 14th District.
Buyer:        Seller:
HRM Lee Street       933 Lee Street
1660 Mt. Vernon Rd Suite 200    7180 Riverside Way
Atlanta, GA   30338        Atlanta, GA   30328
(678) 579-9139    (770) 392-9725
Financing:
```

<http://comps2.costar.com/images/reportimage.asp?Source1=+2BzB918tEfL2Go
ILMVdTz6nb%3D&Source2=80&Source3=1>
 Web Bug from
http://comps2.costar.com/images/trans.gif<http://www.mailscanner.info/im
ages/1x1spacer.gif>    Comps No:    FNC-00048-12-0520

```
 1100 White St SW    Map:    885-A/3
 Atlanta, GA    30310 -2636    Zoning:       I1, Atlanta
Research Status:    Published    Exchange:     No
Year Built:  1962   Sale Date:   09/27/2005
Sale Price:  $1,590,000  Down Payment:    N/Av

            Cap Rate:    N/Av
SF:     80,000      Price/SF:    $19.88
Land SF:    158,123

Parcel:     14-0118-0000-025
Legal:      LL 118, 14th Dist.
Buyer:         Seller:
Colo Facilities Atlanta, LLC   Atlanta Carrier, L.P.
55 Marietta St NW Suite 1720   PO Box 616
Atlanta , GA   30303-2807      Mercer Island, WA    98040
     (206) 428-1000
Financing:
Bank of America     Bal:$1,648,000
```

<http://comps2.costar.com/images/reportimage.asp?Source1=8S5ZoudXGFYnHp0
edx1yJwV%3D&Source2=80&Source3=1>
 Web Bug from
http://comps2.costar.com/images/trans.gif<http://www.mailscanner.info/im
ages/1x1spacer.gif>    Comps No:    FSC-37898-04-0420

```
 715 W Whitehall St SW   Map:    885-J/3
 Atlanta, GA    30310 -2743    Zoning:       C3, Atlanta
Research Status:    Published    Exchange:     No
Year Built:  1960   Sale Date:   10/09/2003
Sale Price:  $1,200,000  Down Payment:   $120,000

            Cap Rate:    N/Av
SF:     68,000      Price/SF:    $17.65
Land SF:    108,900

Parcel:     14-0107-0005-026
Legal:      Land Lot 107, District 14
Buyer:         Seller:
Ernest Coleman, Jr.      Marshall Lucas
145 Rustic Mill Ln       170 Lafayette Ave
Fairburn , GA   30213-3707     Fayetteville , GA   30214-1638
(404) 753-6247    (404) 755-7766
Financing:
Metwest Commercial Lender       Bal:$600,000
Seller       Bal:$460,000
```

<http://comps2.costar.com/images/reportimage.asp?Source1=67flkap72Zf1C%2
FFAVXqLOzi%3D&Source2=80&Source3=1>

3

SNET—GA00087

Copyright© 1999-2002 CoStar Realty Information, Inc. All rights reserved. Information obtained from sources deemed reliable but not guaranteed. Phone: (800) 204-5960

Web Bug from
http://comps2.costar.com/images/trans.gif<http://www.mailscanner.info/images/1x1spacer.gif>   Comps No:   FNC-59297-05-0620
1038 White St SW   Map:   835-D/2
Atlanta, GA   30310 -2634   Zoning:   I1
Research Status:   Published   Exchange:   N/Av
Year Built:   1963   Sale Date:   03/28/2006
Sale Price:   $1,130,000   Down Payment:   N/Av

          Cap Rate:   N/Av
SF:   18,000   Price/SF:   $62.78
Land SF:   47,916

Parcel:   14-0118-0000-027
Legal:   LL 118 14th Dist.
Buyer:      Seller:
1020 White Street, LLC   M & K Warehouses, LLC
780 Old Roswell Rd Suite 100   85a Mill St Suite 100
Roswell , GA   30076-8661   Roswell , GA   30075-4910
   (770) 518-1100
Financing:


Photo not Available
Web Bug from
http://comps2.costar.com/images/trans.gif<http://www.mailscanner.info/images/1x1spacer.gif>   Comps No:   FNC-96313-08-0620
639 Whitehall St SW   Map:
Atlanta, GA   30310 -1926   Zoning:   I2
Research Status:   Published   Exchange:   N/Av
Year Built:   1925   Sale Date:   06/28/2006
Sale Price:   $800,000   Down Payment:   $800,000

          Cap Rate:   N/Av
SF:   18,970   Price/SF:   $42.17
Land SF:   21,344

Parcel:   14-0108-0005-017 14-0108-0005-018
Legal:   LL 108, 14th Dist.
Buyer:   Seller:
Georgia Power Company   Truss-Tech Realty, LLC
241 Ralph Mcgill Blvd NE   4833 Roy Carlson Blvd Suite B
Atlanta , GA   30308-3374   Buford , GA   30518-3576
(404) 506-6526   (770) 271-8128
Financing:


<http://comps2.costar.com/images/reportimage.asp?Source1=oCmf3WLt3tToJAj
GqBbVaqT%3D&Source2=80&Source3=1>
Web Bug from
http://comps2.costar.com/images/trans.gif<http://www.mailscanner.info/images/1x1spacer.gif>   Comps No:   FNC-63980-06-0520
825 Warner St SW   Map:   885-D/5
Atlanta, GA   30310 -3426   Zoning:   I2, Atlanta
Research Status:   Published   Exchange:   No
Year Built:   1952   Sale Date:   02/22/2005
Sale Price:   $690,000   Down Payment:   N/Av

          Cap Rate:   N/Av
SF:   23,800   Price/SF:   $28.99

4

SNET—GA00088

```
Land SF:        126,324

Parcel:         14-0106-0009-007
Legal:          Land Lot 106, 14th District
Buyer:                  Seller:
Ezell Multi-Use Developments, LLC    Capital Mortgage Corp.
1300 Spring St NW    102 Hammond Dr NE
Atlanta , GA    30309-2810    Atlanta , GA    30328-4806
(404) 908-5702         (404) 252-7070
Financing:
1st Financial Funding, Inc.    Bal:$2,115,000
Capital Mortgage Corp.    Bal:$75,000
```

<http://comps2.costar.com/images/reportimage.asp?Source1=XbIkn657J8HpKFx6r68QwoQ%3D&Source2=80&Source3=1>
Copyright© 1999-2002 CoStar Realty Information, Inc. All rights reserved. Information obtained from sources deemed reliable but not guaranteed. Phone: (800) 204-5960

Web Bug from
http://comps2.costar.com/images/trans.gif<http://www.mailscanner.info/images/1x1spacer.gif>

```
                     Comps No:    FNC-06922-01-0620
934 Avon Ave SW    Map:    885-C/5
Atlanta, GA    30310 -4144    Zoning:        I2, Atlanta
Research Status:    Published    Exchange:    N/Av
Year Built: 1958    Sale Date:    10/31/2005
Sale Price: $613,100    Down Payment:    N/Av

            Cap Rate:    N/Av
SF:    35,000    Price/SF:    $17.52
Land SF:    234,352

Parcel:    14-0120-0002-009 14-0120-0002-053
Legal:     LL 120, 14th Dist.
Buyer:          Seller:
RRC Acquisition, LLC    Metal Asset Acquisition, LLC
3200 NW Yeon Ave    906 Adamson St SW
Portland , OR    97210-1524    Atlanta , GA    30315-2140
(503) 224-9900
Financing:
```

<http://comps2.costar.com/images/reportimage.asp?Source1=S3PKphMafTu3qzpOEbdpG6p%3D&Source2=80&Source3=1>
Web Bug from
http://comps2.costar.com/images/trans.gif<http://www.mailscanner.info/images/1x1spacer.gif>

```
                     Comps No:    FNC-83910-07-0620
993 -1011 Cox Ave SW    Map:
Atlanta, GA    30310 -4115    Zoning:    I2
Research Status:    Published    Exchange:    N/Av
Year Built: 1936    Sale Date:    06/01/2006
Sale Price: $550,000    Down Payment:    $3,450

            Cap Rate:    N/Av
SF:    8,652    Price/SF:    $63.57
Land SF:    48,787

Parcel:    0014-0120-0002-014
Legal:     LL 120, 14th Dist.
Buyer:          Seller:
Mau Osamah Lampkin    Cox Avenue Crossroads Trust
2870 Peachtree Rd NE    984 Cox Ave SW
Atlanta , GA    30305    Atlanta, GA    30310-4116
    (404) 758-1749
```

5

```
Financing:
Seller          Bal:$501,500
Seller          Bal:$45,000
```

<http://comps2.costar.com/images/reportimage.asp?Source1=%2B9kS8j85gwwYN
ZlvtxplYwp%3D&Source2=80&Source3=1>
Metropolitan Parkway - 714 Web Bug from
http://comps2.costar.com/images/trans.gif<http://www.mailscanner.info/images/1x1spacer.gif> Single Tenant Industrial Building  Comps No:
FNC-17203-09-0620

```
714 Metropolitan Pkwy SW -    Map:
Atlanta, GA   30310 -2000     Zoning:        I-2
Research Status:   Published  Exchange:      No
Year Built:  1930   Sale Date: 09/15/2006
Sale Price: $500,000  Down Payment:   N/Av
                    Cap Rate:  N/Av
SF:    8,000        Price/SF:  $62.50
Land SF:  30,492

Parcel:    0014-0086-0004-018
Legal:     LL 86, 14th District
Buyer:           Seller:
Briggs Development, LLC   Lunsford-Wilson Company
       714 Metropolitan Pkwy SW
       Atlanta, GA   30310-2000
       (404) 753-1228
Financing:
```

<http://comps2.costar.com/images/reportimage.asp?Source1=uTCECU5UbXn3FhZ
C2fEkEuI%3D&Source2=80&Source3=1>
Copyright© 1999-2002 CoStar Realty Information, Inc. All rights
reserved. Information obtained from sources deemed reliable but not
guaranteed. Phone: (800) 204-5960

Web Bug from
http://comps2.costar.com/images/trans.gif<http://www.mailscanner.info/images/1x1spacer.gif>      Comps No:     FSC-95368-07-0420

```
979 Donnelly Ave SW    Map:     885-C/4
Atlanta, GA   30310 -3329   Zoning:      I1, Atlanta
Research Status:   Published  Exchange:   Tax Dfrrd
Year Built:  1950   Sale Date: 06/25/2004
Sale Price: $500,000  Down Payment:   N/Av
                    Cap Rate:  N/Av
SF:    20,644       Price/SF:  $24.22
Land SF:  40,075

Parcel:    14-0119-0000-004
Legal:     Land Lot 119, 14th District.
Buyer:           Seller:
Calhoun Design & Metalworks, Inc    J.H. Cook and Sons, Inc.
1054 Oakdale Rd NE           312 S Salisbury Ave
Atlanta, GA   30307-1214     Granite Quarry, NC   28072
(404) 377-1131               (704) 279-5568
Financing:
SouthTrust Bank    Bal:$230,000
SouthTrust Bank
```

<http://comps2.costar.com/images/reportimage.asp?Source1=Kbn3kmrmst55jM8Z
yzYvGcKr%3D&Source2=80&Source3=1>
Atlanta Intercel Web Bug from

6

http://comps2.costar.com/images/trans.gif<http://www.mailscanner.info/images/1x1spacer.gif> Single Tenant Industrial Building   Comps No: FNC-31490-05-0520
1240 Metropolitan Pkwy SW    Map:    885-E/5
  Atlanta, GA    30310 -3526    Zoning:    C1, Atlanta
Research Status:    Published   Exchange:    N/Av
Year Built: 1976   Sale Date:   11/01/2004
Sale Price: $350,000    Down Payment:    N/Av

            Cap Rate:   N/Av
SF:    18,151    Price/SF:   $19.28
Land SF:    114,998

Parcel:    14-0088-0001-023
Legal:    Land Lot 88, 14th District
Buyer:    Seller:
Dixie Pulp & Paper Real Estate, LLC   International Cellulose, Inc
101 Marina Dr    3110 W 26th St
Tuscaloosa, AL    35406-3236    Chicago, IL    60623-4704
(205) 759-2600    (773) 847-8000
Financing:
Seller       Bal:$500,000


<http://comps2.costar.com/images/reportimage.asp?Source1=UMjrksOEWAYO5Hm5fH3Eq%2Br%3D&Source2=80&Source3=1>
  Web Bug from
http://comps2.costar.com/images/trans.gif<http://www.mailscanner.info/images/1x1spacer.gif>    Comps No:    FSC-46317-06-0420
575 University Ave SW    Map:    885-E/5
  Atlanta, GA    30310 -3563    Zoning:    I1, Atlanta
Research Status:    Published   Exchange:    N/Av
Year Built: 1965   Sale Date:   02/06/2004
Sale Price: $350,000    Down Payment:    $70,000

            Cap Rate:   N/Av
SF:    36,500    Price/SF:   $9.59
Land SF:    91,824

Parcel:    14-0087-0007-138 14-0087-0007-140, 161
Legal:    Land Lot 87, 14th District.
Buyer:    Seller:
Richard Warren    Encore Properties, Inc
446 E Paces Ferry Rd NE Suite B    P O Box 720675
Atlanta, GA    30305-3301    Atlanta, GA    30358
(404) 233-6777    (770) 434-6789
Financing:
Main Street Bank    Bal:$280,000


<http://comps2.costar.com/images/reportimage.asp?Source1=D75KDG%2B9RINtP5vFmuDMBIX%3D&Source2=80&Source3=1>
Copyright© 1999-2002 CoStar Realty Information, Inc. All rights reserved. Information obtained from sources deemed reliable but not guaranteed. Phone: (800) 204-5960

  Web Bug from
http://comps2.costar.com/images/trans.gif<http://www.mailscanner.info/images/1x1spacer.gif>    Comps No:    FSC-75636-06-0420
1170 Sylvan Rd SW    Map:    885-D/5
  Atlanta, GA    30310 -3432    Zoning:    I2, Atlanta
Research Status:    Published   Exchange:    N/Av
Year Built: 1972   Sale Date:   03/22/2004
Sale Price: $150,000    Down Payment:    $25,000

7

SNET—GA00091

```
                  Cap Rate:   N/Av
SF:      14,000   Price/SF:   $10.71
Land SF:    60,000

Parcel:     14-0106-0010-029
Legal:      Land Lot 106, 14th District.
Buyer:      Seller:
Vienna M Robinson   Sylvan Road, LP
81 Lafayette Ave Suite 2A
Brooklyn , NY    11217-1510     1735 Highway 81
                                Loganville , GA    30052-4594
            (770) 466-1060
Financing:
First City Bank    Bal:$125,000
```

<http://comps2.costar.com/images/reportimage.asp?Source1=U7RoUJiX64MHLC%2FWnQMc6q0%3D&Source2=80&Source3=1>
Exide Co. Web Bug from
http://comps2.costar.com/images/trans.gif<http://www.mailscanner.info/images/1x1spacer.gif> Single Tenant Industrial Building   Comps No: FNC-65590-06-0620

```
1246 Allene Ave SW      Map:
Atlanta, GA   30310 -4202
                            Zoning:      I2
Research Status:   Published Exchange:   N/Av
Year Built:  1949  Sale Date: 05/15/2006
Sale Price: N/Av   Down Payment:   N/Av

                  Cap Rate:   N/Av
SF:     72,000    Price/SF:   N/Av
Land SF:   370,260

Parcel:     14-0105-0003-037
Legal:      LL 15, 14th Dist.
Buyer:      Seller:
Unknown Buyer    Electric Storage Battery Co. of PA
          PO Box 14205
          Reading, PA    19612

Financing:
```

<http://comps2.costar.com/images/reportimage.asp?Source1=BxwQ9X1mpn1AR3C1HxPHK0P%3D&Source2=80&Source3=1>
Copyright© 1999-2002 CoStar Realty Information, Inc. All rights reserved. Information obtained from sources deemed reliable but not guaranteed. Phone: (800) 204-5960

8