# EXHIBIT F


Attorneys at Law

Michael J. Barrie
222 Delaware Avenue, Suite 801
Wilmington, Delaware 19801-1611
Direct Dial: 302.442.7068
Fax: 302.442.7012
mbarrie@beneschlaw.com

October 15, 2014

**VIA EMAIL AND FIRST CLASS MAIL**

Carl F. Jenkins, Receiver
c/o Donald H. C. Libbey, Esq.
P.O. Box 920612
Needham, MA 02492
Telephone: (781) 444-0044
Facsimile: (781) 444-0944
Email: dhclibbey@lawboston.com

Re: *In re Global NAPs, Inc.*, Chapter 11, Case No. 14-12344 (BLS) (Bankr. D. Del.)
*In re Ferrous Miner Holdings, Ltd.*, Chapter 11, Case No. 14-12343 (BLS) (Bankr. D. Del.)

Dear Mr. Jenkins:

As you may be aware, we represent the above-referenced debtors and debtors in possession (together, the "Debtors"). We understand that you are the receiver appointed by the United States District Court for the District of Massachusetts in the action styled *Global Naps, Inc. v. Verizon New England, Inc.* As you are aware, on October 14, 2014, the Debtors each filed a voluntary petition for relief under Chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the District of Delaware (the "Court").

Pursuant to section 543(b) of the Bankruptcy Code, a receiver (as a "custodian" under section 101(11)(A) of the Bankruptcy Code), shall:

> (1) deliver to the Debtors any property of the Debtors held by or transferred to the receiver, or proceeds, product, offspring, rent, or profits of such property that is in the receiver's possession, custody, or control on the date that the receiver acquires knowledge of the commencement of these cases; and

> (2) file an accounting of any property of the Debtors, or proceeds, product, offspring, rent, or profits of such property, that, at any time, came into the possession, custody, or control of the receiver.

See 11 U.S.C. § 543(b). *See also* Bankruptcy Rule 6002(a) ("Any custodian required by the [Bankruptcy] Code to deliver property in the custodian's possession or control to the [debtor in

Carl F. Jenkins, Receiver
c/o Donald H. C. Libbey, Esq.
October 15, 2014
Page 2

possession] shall promptly file and transmit to the United States trustee a report and account with respect to the property of the estate and the administration thereof.").

Accordingly, the Debtors DEMAND that the you turn over to them all of the property of the Debtors, including their books and records, that are in your possession, custody, or control, together with any accounting thereof, **within 10 days of the date of this letter**. The Debtors further DEMAND that you **immediately** turn over to them a list of all creditors of Global NAPs, Inc. and Ferrous Miner Holdings, Ltd., together with the most recent mailing address for each creditor.

Thank you in advance for your compliance. Please contact me if you have any questions.

Sincerely,

BENESCH, FRIEDLANDER,
COPLAN & ARONOFF LLP

Michael J. Barrie

MJB:ds

cc: Jane Leamy, Esq. (via email only, jane.m.leamy@usdoj.gov)