# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------ X

In re:

FERROUS MINER HOLDINGS, LTD,

                Alleged Debtor.

Chapter 11

Case No. 14-12343 (BLS)

**Re: Docket No. 7**

------------------------------------------------------------ X

In re:

GLOBAL NAPS, INC.,

                Alleged Debtor.

Chapter 11

Case No. 13-12344 (BLS)

**Re: Docket No. 7**

------------------------------------------------------------ X

**JOINDER OF EDGECONNEX ATLANTA HOLDINGS, LLC TO MOTION TO SHORTEN TIME FOR NOTICE AND RESPONSE TO MOTION OF CARL F. JENKINS, AS COURT-APPOINTED RECEIVER, TO DISMISS CHAPTER 11 BANKRUPTCY CASES PURSUANT TO 11 U.S.C. § 305**

EdgeConneX Atlanta Holdings, LLC ("**EdgeConneX**"), by and through its undersigned counsel, hereby joins in the motion of Carl F. Jenkins, as the court-appointed Receiver (the "**Receiver**") of Ferrous Miner Holdings, Ltd. ("**Ferrous Miner**") and Global NAPs, Inc. ("**GNAPs**"), to shorten [D.I. 7] (the "**Motion to Shorten**") the time for notice and response to the *Motion of Carl F. Jenkins, as Court-Appointed Receiver, to Dismiss Chapter 11 Bankruptcy Cases Pursuant to 11 U.S.C. § 305* [D.I. 6] (the "**Motion to Dismiss**"), and in support thereof respectfully states as follows:

## JOINDER

1. EdgeConneX is the contract purchaser of real property located at 1003 Donnelly Avenue, Atlanta Georgia (the "**Property**") pursuant to an Agreement for Purchase and Sale of Real Estate dated as of August 1, 2014, by and between the Receiver, as seller, and EdgeConneX, as purchaser, as modified by a certain First Amendment dated September 2, 2014, and as further modified by a Second Amendment dated September 8, 2014 (as amended, the "**Purchase Agreement**").

2. In accordance with the *Receiver's Motion for an Order Authorizing and Approving Private Sale of 1003 Donnelly Ave., Atlanta, Georgia Free and Clear of Liens, Claims and Encumbrances* (the "**Sale Motion**") that is referenced in the Motion to Dismiss, the Receiver is seeking final authority to convey the Property to EdgeConneX free and clear of all liens, claims and encumbrances pursuant to the Purchase Agreement.

3. The proposed sale of the Property is the result of an extended marketing effort by the Receiver, and the purchase price has been subjected to higher and better offers in the receivership proceeding. A hearing to approve the sale is scheduled for Wednesday, October 22, 2014.

4. Although neither Ferrous Miner nor GNAPs are parties to the purchase and sale agreement governing the Receiver's disposition of the Property (which does not appear to be property of the estate of either of the alleged debtors), it is anticipated that the pendency of these proposed Chapter 11 proceedings will cause the Massachusetts District Court overseeing the sale to, in an abundance of caution, defer consideration of the Sale Motion until the propriety of the bankruptcy petitions filed by Ferrous Miner and GNAPs is adjudicated.

5. Any delay in the consideration of the Sale Motion will significantly prejudice EdgeConneX, which agreed, pursuant to the Purchase Agreement, to acquire the Property with the expectation that the sale would close next week. EdgeConneX requires certainty regarding the outcome of its proposed acquisition in short order to ensure the proper delivery of service to its customers.

6. Absent a stipulation from the alleged debtors that the Property is not property of these bankruptcy estates and that approval of the Sale Motion should not be affected by these proceedings, the only way to ensure that the Sale Motion is heard as scheduled is for this Court to consider the Motion to Dismiss prior to October 22, 2014. As such, EdgeConnex respectfully submits that the expedited consideration of the Motion to Dismiss requested by the Motion to Shorten is necessary and warranted.

**WHEREFORE**, EdgeConneX respectfully requests that the Court grant the Motion to Shorten.

Dated: October 19, 2014
Wilmington, Delaware

BAYARD, P.A.

*/s/ Justin R. Alberto*
Justin R. Alberto (No. 5126)
222 Delaware Avenue, Suite 900
Wilmington, Delaware 19801
Telephone: (302) 655-5000
Facsimile: (302) 658-6395
Email: jalberto@bayardlaw.com

and

COOLEY LLP
Michael A. Klein
1114 Avenue of the Americas
New York, New York 10036
Tel.: 212-479-6000

*Counsel for EdgeConneX, Inc.*

{BAY:02595557v2}                                    3