# EXHIBIT C

CLOSED,CONSOLIDATED

# United States District Court
## District of Massachusetts (Boston)
### CIVIL DOCKET FOR CASE #: 1:05-cv-10079-RWZ

| | |
|---|---|
| Global Naps, Inc. v. Verizon New England Inc. | Date Filed: 01/19/2005 |
| Assigned to: Judge Rya W. Zobel | Date Terminated: 03/31/2006 |
| Cause: 47:332(c) Federal Telecommunications Act of 1996 | Jury Demand: Plaintiff |
| | Nature of Suit: 450 Commerce ICC Rates, Etc. |
| | Jurisdiction: Federal Question |

**Plaintiff**

**Global Naps, Inc.**　　　　represented by　**Jeffrey C. Melick**
　　　　　　　　　　　　　　　　　　　　　Global NAPS, Inc
　　　　　　　　　　　　　　　　　　　　　Suite B
　　　　　　　　　　　　　　　　　　　　　89 Access Road
　　　　　　　　　　　　　　　　　　　　　Norwood, MA 02062
　　　　　　　　　　　　　　　　　　　　　781-551-0152
　　　　　　　　　　　　　　　　　　　　　Fax: 781-551-9984
　　　　　　　　　　　　　　　　　　　　　Email: jmelick@gnaps.com
　　　　　　　　　　　　　　　　　　　　　*LEAD ATTORNEY*
　　　　　　　　　　　　　　　　　　　　　*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Verizon New England Inc.**
*doing business as*
Verizon Massachusetts

**Claimant**

**Lightower Fiber, LLC**　　　　represented by　**Lauren J. Coppola**
　　　　　　　　　　　　　　　　　　　　　Partridge Snow & Hahn
　　　　　　　　　　　　　　　　　　　　　30 Federal Street
　　　　　　　　　　　　　　　　　　　　　Boston, MA 02110
　　　　　　　　　　　　　　　　　　　　　617-292-7900
　　　　　　　　　　　　　　　　　　　　　Email: lcoppola@psh.com
　　　　　　　　　　　　　　　　　　　　　*LEAD ATTORNEY*
　　　　　　　　　　　　　　　　　　　　　*ATTORNEY TO BE NOTICED*

**Interested Party**

**InterMetro Communications, Inc.**　　　　represented by　**Elizabeth A. Ritvo**
　　　　　　　　　　　　　　　　　　　　　Brown Rudnick Berlack Israels LLP
　　　　　　　　　　　　　　　　　　　　　One Financial Center
　　　　　　　　　　　　　　　　　　　　　Boston, MA 02111
　　　　　　　　　　　　　　　　　　　　　617-856-8249

Fax: 617-856-8201
Email: eritvo@brbilaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William R. Baldiga**
Brown Rudnick LLP
One Financial Center
Boston, MA 02111
617-856-8200
Fax: 617-856-8201
Email: wbaldiga@brownrudnick.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Trustee**

**AT&T Corporation**

**Trustee**

**eclecTechs, LLC**

**Trustee**

**Earthlink, Inc.**

**Counter Claimant**

| | | |
|---|---|---|
| **Verizon New England Inc.** | represented by | **Bruce P. Beausejour** |

Verizon Communications Inc.
185 Franklin Street
13th Floor
Boston, MA 02110-1585
617-743-2445
Fax: 617-737-0648
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Keefe B. Clemons**
Verizon Communications
13th Floor
185 Franklin Street
Boston, MA 02110-1585
617-743-6744
Fax: 617-737-0648
Email: keefe.b.clemons@verizon.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Counter Defendant**

**Global Naps, Inc.**

| Date Filed | # | Docket Text |
|---|---|---|
| 01/12/2005 | 1 | COMPLAINT against Verizon New England Inc. Filing fee: $ 150, receipt number 61414, filed by Global Naps, Inc.. (Attachments: # 1 Civil Cover Sheet # 2 Category Sheet# 3 Exhibit A)(Boyce, Kathy) (Entered: 01/19/2005) |
| 01/12/2005 | | If the trial Judge issues an Order of Reference of any matter in this case to a Magistrate Judge, the matter will be transmitted to Magistrate Judge Alexander (Boyce, Kathy) (Entered: 01/19/2005) |
| 01/12/2005 | | Summons Issued as to Verizon New England Inc.. (Boyce, Kathy) (Entered: 01/19/2005) |
| 01/14/2005 | 2 | CORPORATE DISCLOSURE STATEMENT by Global Naps, Inc., FILED. (Boyce, Kathy) (Entered: 01/20/2005) |
| 01/19/2005 | 3 | WAIVER OF SERVICE Returned Executed Verizon New England Inc. waiver sent on 1/13/2005, answer due 3/14/2005, FILED. (Boyce, Kathy) (Entered: 01/24/2005) |
| 03/14/2005 | 4 | ANSWER to Complaint and COUNTERCLAIM against Global Naps, Inc. by Verizon New England Inc., FILED, c/s.(Boyce, Kathy) (Entered: 03/16/2005) |
| 03/14/2005 | 5 | CORPORATE DISCLOSURE STATEMENT by Verizon New England Inc., FILED, c/s. (Boyce, Kathy) (Entered: 03/16/2005) |
| 04/11/2005 | 8 | Notice of Reassignment. Judge Rya W. Zobel added. Judge Mark L. Wolf no longer assigned to case. Counsel are directed to the Court's Standing Orders re: Electronic Case Filing. (Urso, Lisa) (Entered: 04/20/2005) |
| 04/13/2005 | 6 | NOTICE of Scheduling Conference Scheduling Conference set for 4/25/2005 02:00 PM in Courtroom 10 before Judge Mark L. Wolf. (O'Leary, Dennis) (Entered: 04/13/2005) |
| 04/15/2005 | 7 | Letter/request to Mr. O'Leary from William J. Rooney reporting that as case was consolidated during a telephone conference before Judge Rya Zobel on 4/12/05, the scheduled April 25, 2005 conference is no longer necessary, FILED. (Boyce, Kathy) (Entered: 04/18/2005) |
| 04/22/2005 | 9 | Proposed Document(s) submitted by Global Naps, Inc.. Document received: Briefing Schedule. (Johnson, Jay) (Entered: 04/26/2005) |
| 06/14/2006 | 10 | Response by Global Naps, Inc. *to Verizon's Counterclaim*. (Good, Andrew) (Entered: 06/14/2006) |
| 09/11/2006 | 11 | Judge Rya W. Zobel : ORDER entered. MEMORANDUM OF DECISION (Urso, Lisa) (Entered: 09/11/2006) |
| 11/07/2006 | 12 | ANSWER of Trustee by AT&T Corporation. (McCarthy, Daniel) (Entered: 11/07/2006) |

| | | |
|---|---|---|
| 11/09/2006 | 13 | ANSWER of Trustee by eclecTechs, LLC. (Barnes, Benjamin) (Entered: 11/09/2006) |
| 11/09/2006 | 14 | ANSWER of Trustee *and Certification of No Funds* by Earthlink, Inc.. (Robertson, Christopher) (Entered: 11/09/2006) |
| 05/06/2008 | 15 | USCA Judgment: Re: Petition: The petition for writ of mandamus is DENIED. The request for a stay of the district court proceedings pending a decision by this court is DENIED as moot. Judgment issued in the USCA 5/6/2008 (Ramos, Jeanette) (Entered: 05/06/2008) |
| 05/03/2010 | 16 | Judge Rya W. Zobel: ORDER entered. ORDER TO SHOW CAUSE Show Cause Hearing set for 5/5/2010 02:00 PM in Courtroom 12 before Judge Rya W. Zobel.(Hurley, Virginia) (Entered: 05/03/2010) |
| 12/01/2010 | 17 | USCA Mandate Re: Petition. Mandate issued in the USCA 11/30/2010 (Ramos, Jeanette) (Entered: 12/01/2010) |
| 10/17/2011 | 18 | MOTION for Leave to Appear Pro Hac Vice for admission of Judith A. Endejan Filing fee: $ 50, receipt number 0101-3628909 by InterMetro Communications, Inc..(Ritvo, Elizabeth) (Entered: 10/17/2011) |
| 10/17/2011 | 19 | NOTICE of Appearance by Elizabeth A. Ritvo on behalf of InterMetro Communications, Inc. (Ritvo, Elizabeth) (Entered: 10/17/2011) |
| 10/17/2011 | 20 | NOTICE of Appearance by William R. Baldiga on behalf of InterMetro Communications, Inc. (Baldiga, William) (Entered: 10/17/2011) |
| 10/18/2011 | 21 | Withdrawal of motion: 18 MOTION for Leave to Appear Pro Hac Vice for admission of Judith A. Endejan Filing fee: $ 50, receipt number 0101-3628909 filed by InterMetro Communications, Inc... (Ritvo, Elizabeth) (Entered: 10/18/2011) |
| 11/21/2011 | 22 | Letter/request (non-motion) from Judith A Endejan *to Participate by Phone in Hearing Set for 9:30 a.m. on 11/22/11*. (Endejan, Judith) (Entered: 11/21/2011) |
| 07/08/2013 | 23 | NOTICE of Appearance by Lauren J. Coppola on behalf of Lightower Fiber, LLC (Coppola, Lauren) (Entered: 07/08/2013) |

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 10/20/2014 11:29:36 | | | |
| **PACER Login:** | br0053:2516843:3934415 | **Client Code:** | 900200-00050 |
| **Description:** | Docket Report | **Search Criteria:** | 1:05-cv-10079-RWZ |
| **Billable Pages:** | 3 | **Cost:** | 0.30 |