IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| FERROUS MINER HOLDINGS, LTD., | ) ) | Case No. 14-12343 (BLS) |
| Alleged Debtor. | ) ) ) ) | |
| In re: | ) ) ) | Chapter 11 |
| GLOBAL NAPS, INC., | ) ) | Case No. 14-12344 (BLS) |
| Alleged Debtor. | ) ) ) | |

**ORDER (I) SCHEDULING FURTHER HEARING ON DISMISSAL MOTION; (II) SETTING BRIEFING SCHEDULE; AND (III) GRANTING RELIEF FROM THE AUTOMATIC STAY WITH RESPECT TO (A) OCTOBER 22, 2014 HEARING BEFORE U.S. DISTRICT COURT FOR DISTRICT OF MASSACHUSETTS, AND (B) THE CONSUMMATION OF TRANSACTIONS RESULTING THEREFROM**

This matter having come before the Court on the *Motion of Carl F. Jenkins, as Court-Appointed Receiver, to Dismiss Chapter 11 Bankruptcy Cases Pursuant to 11 U.S.C. § 305* (the "**Motion to Dismiss**"), filed in the above-captioned cases; the Court finding that (a) it has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334, and (b) this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(A); the Court having held a hearing on October 21, 2014; the Court having determined that good and adequate cause exists for granting the relief set forth herein;

**IT IS HEREBY ORDERED** that (a) the Court will hold an evidentiary hearing (the "**Motion to Dismiss Hearing**") on the Motion to Dismiss on October 31, 2014 at 9:30 a.m. (ET); (b) any objection or other response to the Motion to Dismiss shall be filed with the Court

and served on counsel the Receiver (as defined in the Motion to Dismiss) by not later than October 27, 2014 at 4:00 p.m. Eastern Time; and (c) any reply to any such objection or response shall be filed with the Court and served on counsel to the objecting or responding party by not later than October 29, 2014 at 4:00 p.m. Eastern Time.

**IT IS FURTHER ORDERED** that, without determining whether the automatic stay would otherwise be applicable to such matters, the automatic stay of 11 U.S.C. § 362(a) is hereby lifted with respect to (i) all matters scheduled to be heard on October 22, 2014 before the United States District Court for the District of Massachusetts in the matter of *Global NAPs v. Verizon New England, Inc.*, Civil Action Nos. 02-12489 (RWZ) and 05-10079 (RWZ) (the "**Receivership Proceeding**"), including without limitation the Receiver's Motion For An Order Authorizing And Approving Private Sale Of 1003 Donnelly Ave., Atlanta, Georgia Free And Clear Of All Liens, Claims And Encumbrances (the "**District Court Hearing**"); and (ii) the consummation of any transaction approved at the District Court Hearing.

**IT IS FURTHER ORDERED** that the Receiver is excused from compliance with 11 U.S.C. § 543 pending the conclusion of the Motion to Dismiss Hearing;

**IT IS FURTHER ORDERED** that the Receiver shall, within one business day after entry of this Order, file a copy of this Order on the docket in the Receivership Proceeding.

Dated: October 22, 2014

THE HONORABLE BRENDAN L. SHANNON
CHIEF UNITED STATES BANKRUPTCY JUDGE