**IN THE UNITED STATES BANKRUPTY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| FERROUS MINER HOLDINGS, LTD. | ) | Case No. 14-12343 (BLS) |
| | ) | |
| Alleged Debtor. | ) | Related Docket Nos. 6, 19 |
| _____ | ) | |
| IN RE: | ) | Chapter 11 |
| | ) | |
| GLOBAL NAPS, INC., | ) | Case No. 14-12344 (BLS) |
| | ) | |
| Alleged Debtor. | ) | Related Docket Nos. 6, 19 |
| | ) | |
| | ) | Hearing Date: Oct. 31, 2014/9:30 am ET |
| | ) | Objection Deadline: Oct. 27, 2014/4:00 pm ET |
| _____ | ) | |

**LIMITED JOINDER OF LEVEL 3 COMMUNICATIONS, LLC IN MOTION OF CARL F. JENKINS , AS COURT-APPOINTED RECEIVER, TO DISMISS CHAPTER 11 BANKRUPTCY CASES PURSUANT TO 11 U.S.C. § 305(a)**

Level 3 Communications, LLC ("Level 3"), a creditor and party in interest herein, hereby files its *Limited Joinder of Level 3 Communications, LLC in Motion of Carl F. Jenkins, as Court-Appointed Receiver, to Dismiss Chapter 11 Bankruptcy Cases Pursuant to 11 U.S.C. § 305(a)*. Level 3 supports the request of the Carl F. Jenkins, Court-Appointed Receiver, to dismiss the bankruptcy cases of Debtors Ferrous Miner Holdings, LLC and Global NAPs, Inc.

- 2 -

i                                         Respectfully submitted,


                /s/ Timothy J. Carter
**GOULSTON & STORRS PC**
Timothy J. Carter, Esq.
400 Atlantic Avenue
Boston, Massachusetts 02110
Telephone: (617) 482-1776
Facsimile: (617) 574-7509
Email: tcarter@goulstonstorrs.com

-and-

**HALL, ESTILL, HARDWICK, GABLE, GOLDEN & NELSON, P.C.**

Bonnie N. Hackler, Esq.
320 South Boston Avenue, Suite 400
Tulsa, Oklahoma  74103-3708
Telephone: (918) 594-0627
Facsimile:  (918) 594-0505
Email:  bhackler@hallestill.com

*Co-counsel for Level 3 Communications, LLC*


## CERTIFICATE OF SERVICE

    I hereby certify that this Joinder filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

                */s/ Timothy J. Carter*
                Timothy J. Carter