IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | ) |
|  | ) |
|  | ) Chapter 11 |
| FERROUS MINER HOLDINGS, LTD., | ) |
|  | ) Case No. 14-12343 (BLS) |
| Debtor. | ) |
|  | ) |
| In re: | ) |
|  | ) Chapter 11 |
| GLOBAL NAPS, INC., | ) |
|  | ) Case No. 14-12344 (BLS) |
| Debtor. | ) |

**AMENDED[1] NOTICE OF AGENDA OF MATTERS SCHEDULED
FOR HEARING ON OCTOBER 31, 2014, AT 9:30 A.M.**

CONTESTED MATTERS GOING FORWARD

1. Motion of Carl F. Jenkins, as Court-Appointed Receiver, to Dismiss Chapter 11 Bankruptcy Cases Pursuant to 11 U.S.C. § 305(a) [Case No. 14-12343, Docket No. 6; Case No. 14-12344, Docket No. 6; October 17, 2014]

    *Related Documents*:

    (A)  Order (I) Scheduling Further Hearing on Dismissal Motion; (II) Setting Briefing Schedule; and (III) Granting Relief from the Automatic Stay with Respect to (A) October 22, 2104 Hearing Before U.S. District Court for District of Massachusetts, and (B) The Consummation of Transactions Resulting Therefrom [Case No. 14-12343, Docket No. 19; Case No. 14-12344, Docket No. 19; October 22, 2014]

    (B)  Notice of Evidentiary Hearing on Motion of Carl F. Jenkins, as Court-Appointed Receiver, to Dismiss Chapter 11 Bankruptcy Cases Pursuant to 11 U.S.C. § 305(a) [Case No. 14-12343, Docket No. 21; Case No. 14-12344, Docket No. 21; October 22, 2014]

    *Response Deadline*:   October 27, 2014, at 4:00 p.m. (ET), extended to October 29, 2014, at 11:00 a.m. (ET), for the Office of the United States Trustee

---

[1] Amended items appear in **bold**.

*Responses Received*:

(C)      Verizon New England Inc.'s Joinder in Receiver's Motion to Dismiss Chapter 11 Bankruptcy Cases Pursuant To 11 U.S.C. § 305(a) and/or § 1112 [Case No. 14-12343, Docket No. 11; Case No. 14-12344, Docket No. 11; October 20, 2014]

(D)      Joinder of National Railroad Passenger Corporation served, but did not file, a Joinder in Certain Requests for Relief in the Receiver's Motion to Dismiss Chapter 11 Bankruptcy Cases, and/or Request Relief Under 11 U.S.C. § 543(c)(1) [Not e-filed; October 21, 2014] [2]

(E)      Universal Service Administrative Company's Statement Regarding (I) Motion of Carl F. Jenkins, as Court-Appointed Receiver, to Dismiss Chapter 11 Bankruptcy Cases Pursuant to 11 U.S.C. § 305(a) and (II) Debtors' Objection to the Motion to Shorten Time for Notice and Response to Motion of Carl F. Jenkins, as Court-Appointed Receiver, to Dismiss Chapter 11 Bankruptcy Cases Pursuant to 11 U.S.C. § 305(a) [Case No. 14-12343, Docket No. 16; Case No. 14-12344, Docket 16; October 21, 2014]

(F)      Debtors' Objection to the Motion of Carl F. Jenkins, as Court-Appointed Receiver, to Dismiss Chapter 11 Bankruptcy Cases Pursuant to 11 U.S.C. § 305(a) [Case No. 14-12343, Docket No. 28; Case No. 12344, Docket No. 28; October 27, 2014]

(G)      Level 3 Communications, LLC's Joinder in Motion of Carl F. Jenkins, as Court-Appointed Receiver, to Dismiss Chapter 11 Bankruptcy Cases Pursuant to 11 U.S.C. § 305(a) [Case No. 14-12343, Docket No. 29; October 27, 2014]

(H)      United States Trustee's Response to Motion of Carl F. Jenkins, as Court-Appointed Receiver, to Dismiss Chapter 11 Bankruptcy Cases Pursuant to 11 U.S.C. § 305(a) [Case No. 14-12343, Docket No. 33; Case No. 14-12344, Docket No. 32; October 29, 2014]

**(I)**      **Verizon New England Inc.'s Reply to Debtors' Objection to Receiver's Motion to Dismiss Chapter 11 Bankruptcy Cases Pursuant to 11 U.S.C. § 305(a) [Case No. 14-12343, Docket No. 37; Case No. 14-12344, Docket No. 36; October 29, 2014]**

**(J)**      **Reply of Carl F. Jenkins, as Court-Appointed Receiver, to Debtors' Objection to the Receiver's Motion to Dismiss Chapter 11 Bankruptcy Cases Pursuant to 11 U.S.C. § 305(a) [Case No. 14-12343, Docket No. 38; Case No. 14-12344, Docket No. 37; October 29, 2014]**

---

[2] This pleading was served on October 21, 2014, but it was not e-filed. A copy of that pleading is also attached to the Debtors' Objection (Tab F to this Agenda) as Exhibit A.

8338382 v1

*Status*:  This matter is going forward as an evidentiary hearing.

| | |
|---|---|
| Dated: October 30, 2014<br>Wilmington, Delaware | **BENESCH, FRIEDLANDER,<br>COPLAN & ARONOFF LLP**<br><br> */s/ Kevin M. Capuzzi*<br>Michael J. Barrie (No. 4684)<br>Kevin M. Capuzzi (No. 5462)<br>222 Delaware Avenue, Suite 801<br>Wilmington, Delaware 19801<br>Telephone:    (302) 442-7010<br>Facsimile:    (302) 442-7012<br>Email:    mbarrie@beneschlaw.com<br>        kcapuzzi@beneschlaw.com<br><br>*Proposed Counsel to the Debtors* |