# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| FERROUS MINER HOLDINGS, LTD., | ) ) | Case No. 14-12343 (BLS) |
| Debtor. | ) ) ) | **Re: Docket No. 6** |
| In re: | ) ) ) | Chapter 11 |
| GLOBAL NAPS, INC., | ) ) | Case No. 14-12344 (BLS) |
| Debtor. | ) ) ) | **Re: Docket No. 6** |

**CERTIFICATION OF COUNSEL REGARDING PROPOSED ORDER GRANTING MOTION OF CARL F. JENKINS, AS COURT-APPOINTED RECEIVER, TO DISMISS CHAPTER 11 BANKRUPTCY CASES PURSUANT TO 11 U.S.C. § 305(a)**

I, David M. Fournier, an attorney with Pepper Hamilton LLP, proposed counsel to Carl F. Jenkins, in his capacity as the court-appointed Receiver (the "**Receiver**") of the assets and interests (including all shareholder and membership interests) of Ferrous Miner Holdings, Ltd. ("**Ferrous Miner**") and Global NAPs, Inc. ("**GNAPs**", and together with Ferrous Miner, the "**Debtors**"), hereby certify as follows:

1. On October 17, 2014, the Receiver filed the *Motion of Carl F. Jenkins, as Court-Appointed Receiver, to Dismiss Chapter 11 Bankruptcy Cases Pursuant to 11 U.S.C. § 305* [Docket No. 6] (the "**Motion to Dismiss**"), filed in each of the above-captioned cases. On October 27, 2014, the Debtors filed an objection [Docket No. 28] (the "**Objection**") to the Motion to Dismiss.

#31050207 v3

2. On October 31, 2014, the Court held a hearing (the "**Hearing**") at which the Court overruled the Debtors' Objection and granted the Motion to Dismiss. The Court directed the Receiver's counsel to submit a revised proposed order under certification of counsel.

3. Attached hereto as **Exhibit A** is a revised proposed form of order granting the Motion to Dismiss (the "**Revised Order**"). Attached hereto as **Exhibit B** is a blackline reflecting the changes made to the Revised Order, as compared to the original form of proposed order filed with the Motion to Dismiss.

4. The Revised Order has been circulated to, and approved as to form by, counsel to the Debtors, counsel to Verizon New England Inc. and the Office of the United States Trustee.

**WHEREFORE**, the Receiver respectfully requests that the Court enter the Revised Order, attached hereto as **Exhibit A**, at its earliest convenience

Dated: October 31, 2014
Wilmington, Delaware

PEPPER HAMILTON LLP

 /s/ David M. Fournier
David M. Fournier (DE No. 2812)
Michael J. Custer (DE No. 4843)
Hercules Plaza, Suite 5100
1313 N. Market Street
P.O. Box 1709
Wilmington, Delaware 19801-1709
(302) 777-6500

*Proposed Counsel for the Receiver*