IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| FERROUS MINER HOLDINGS, LTD., | ) Case No. 14-12343 (BLS) |
| Alleged Debtor. | ) Relates to D.I. 6, 50 |
| In re: | ) Chapter 11 |
| GLOBAL NAPS, INC., | ) Case No. 14-12344 (BLS) |
| Alleged Debtor. | ) Relates to D.I. 6, 49 |

**ORDER GRANTING MOTION OF CARL F. JENKINS, AS
COURT-APPOINTED RECEIVER, TO DISMISS CHAPTER 11
BANKRUPTCY CASES PURSUANT TO 11 U.S.C. § 305**

This matter having come before the Court on the *Motion of Carl F. Jenkins, as Court-Appointed Receiver, to Dismiss Chapter 11 Bankruptcy Cases Pursuant to 11 U.S.C. § 305* (D.I. 6, the "**Motion**"), filed in the above-captioned cases; the Court finding that (a) it has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334, and (b) this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(A); and an evidentiary hearing on the Motion and the Debtors' objection thereto (D.I. 28, the "**Objection**") having been held before the Court on October 31, 2014 (the "**Hearing**"); and the Court finding that no further notice of the Motion is required; and the Court having considered the Motion, the Objection, all responses, joinders and replies filed in these cases with respect to the Motion and the Objection, and the evidence presented at the Hearing; and, for all of the reasons stated by the Court on the record at the Hearing, the Court

#31048464 v5

having found that good cause exists to grant the Motion, that these cases were commenced in bad faith, that the interests of creditors and the Debtors would be best served by dismissal of these cases, that dismissal of these cases under 11 U.S.C. § 305(a) is appropriate, and that even if dismissal under 11 U.S.C. § 305(a) were not appropriate dismissal of these cases under section 1112(b) would be warranted,

**IT IS HEREBY ORDERED** that the Motion is GRANTED;

**IT IS FURTHER ORDERED** that the above captioned cases are hereby dismissed pursuant to 11 U.S.C. § 305(a);

**IT IS FURTHER ORDERED** that the Clerk of the Court is directed as soon as practicable to close these cases and enter an appropriate entry on their respective dockets;

**IT IS FURTHER ORDERED** that the Receiver is excused from compliance with 11 U.S.C. § 543;

**IT IS FURTHER ORDERED** that no fees or costs are awarded;

**IT IS FURTHER ORDERED** that the Receiver shall within one business day file a copy of this Order with United States District Court for the District of Massachusetts in the case styled *Global NAPs v. Verizon New England, Inc.*, Civil Action Nos. 02-12489 (RWZ) and 05-10079 (RWZ); and

**IT IS FURTHER ORDERED** that this Court retains jurisdiction over all matters arising from and/or related to the interpretation or implementation of the terms of this Order.

Dated: November 3, 2014

THE HONORABLE BRENDAN L. SHANNON
CHIEF UNITED STATES BANKRUPTCY JUDGE